IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Case No. 1:21-cv-07207-AMD-MMH

CHRISTOPHER SADOWSKI,

    Plaintiff,

v.

YESHIVA WORLD NEWS, LLC,

    Defendant.

## NOTICE OF WITHDRAWING MOTION FOR ORDER TO SHOW CAUSE

Plaintiff Christopher Sadowski ("Plaintiff") files this notice and informs the Court that he withdraws his Motion for Order to Show Cause Why Defendant Should Not be Held in Contempt [D.E. 24] filed on February 5, 2024.

Dated: January 6, 2025.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

*Attorney for Plaintiff*

By: /s/ Daniel DeSouza\_\_\_\_\_
    Daniel DeSouza, Esq.
    Florida Bar No.: 19291

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza
Daniel DeSouza, Esq.